```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 09568
    DAVID ALBERT A COLE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER
        Debtor
    SSN XXX-XX-4419


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/16/2005 and was confirmed 04/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
LVNV FUNDING LLC           UNSECURED         4845.05           .00        4845.05
MATCO TOOLS                SECURED           6239.08        262.96        6239.08
RESURGENT ACQUISITION LL   UNSECURED         4635.47           .00        4635.47
ONYX ACCEPTANCE CORP       SECURED           6150.11        242.77        6150.11
RESURGENT ACQUISITION LL   UNSECURED         4502.45           .00        4502.45
ECAST SETTLEMENT CORP      UNSECURED        15158.35           .00       15158.35
WAL MART STORES INC        UNSECURED       NOT FILED           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       2,550.77
DEBTOR REFUND              REFUND                                          771.40

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               48,058.41

PRIORITY                                              .00
SECURED                                         12,389.19
    INTEREST                                       505.73
UNSECURED                                       29,141.32
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             2,550.77
DEBTOR REFUND                                      771.40
                     -----------              -----------
TOTALS                48,058.41                 48,058.41
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 09568 DAVID ALBERT A COLE